UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Kim & Bae, P.C.
Joshua B. Sears, Esq.
2160 N. Central Road
Suite 303
Fort Lee, NJ 07024

Order Filed on October 5, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
Grace Liang

Case No.: 19-29381

Chapter: 7

Judge: Stacey L. Meisel

# ORDER ~~GRANTING~~ ˅DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

On ~~September 9, 2021~~, an application was filed for the Claimant(s), ~~Tappan Golf Drive Rang & Myung Koh~~, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). ~~The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby~~

~~ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 11,344.55 held in unclaimed funds be made payable to Kim & Bae, P.C. and be disbursed to the payee at the following address:~~
~~2160 N. Central Road Suite 303~~
~~Fort Lee, NJ 07024~~

~~The Clerk will disburse these funds not earlier than 14 days after entry of this order.~~

The Claimant failed to provide documentation demonstrating an entitlement to the unclaimed funds. Accordingly, it is hereby

ORDERED that the application is DENIED WITHOUT PREJUDICE.

2